# In the United States Court of Federal Claims

| | |
|---|---|
| WOODSTOCK VILLAGE PHASE II LIMITED PARTNERSHIP, | No. 06-240C |
| Plaintiff, | |
| v. | Filed June 2, 2006 |
| THE UNITED STATES, | |
| Defendant. | |

**ORDER**

On May 30, 2006, the parties filed a joint motion for a stay of proceedings in this case pursuant to Rule 1 and Rule 7(b) of the Rules of the Court of Federal Claims ("RCFC"). The parties request that the Court stay further proceedings while the case remains in the Court's Alternative Dispute Resolution ("ADR") pilot program, and that the stay remain in effect until 14 days after the conclusion of ADR.

This case is one of approximately 260 similar cases filed in this court since August 6, 2004. The plaintiffs in these cases allege that they are owners of rural low-income rental properties who entered into loan agreements with the Farmers Home Administration ("FmHA"), United States Department of Agriculture, pursuant to sections 515 and 521 of the Housing Act of 1949 and that the Government breached the agreements and took plaintiffs' property without just compensation as a result of the enactment of the Emergency Low Income Housing Preservation Act of 1987 ("ELIHPA") and the Housing and Community Development Act of 1992 ("HCDA").

The parties represent that, pursuant to Second Amended General Order No. 40, they are required to meet several filing deadlines in the ADR proceedings and that they are currently engaged in exchanges of documents and information in an effort to resolve this case and other similar suits. The parties further represent that during recent ADR proceedings before Judge Marian Blank Horn, the attorneys for the parties resolved the principal issues regarding settlement of these cases and hope to submit a proposed settlement agreement for approval by both parties in the near future. The parties believe it would be inefficient and burdensome to simultaneously conduct litigation and ADR in these cases.

In light of the above, the parties' joint motion for a stay of proceedings is GRANTED. The Court hereby ORDERS that further proceedings in this case shall be STAYED until 14 days after the conclusion of ADR. The Court FURTHER ORDERS that the parties shall file joint status reports in this case concurrently with the status reports that the parties' counsel are presently required to file every 30 days in the other stayed FmHA housing loan cases pending before the undersigned (*Carpenter v. United States*, 04-1740C; *Los Banos Investment Group I v. United States*, No. 04-1312C; *Pana Housing Partners, L.P. v. United States*, 06-13C; *Shasta View Ranch v. United States*, No. 04-1294C; and *Tate v. United States*, No. 04-1265C) beginning with the round of such status reports due in July 2006.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge